March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Dildora Marupova ,
               Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (__)(__)

Defendant ___Dildora Marupova___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/S/
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

D. DORA MARUPOVA
_____
Print Defendant's Name

_____
Defense Counsel's Signature

NURI DINA
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

03/05/2021   3/8/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge