# LAW OFFICES OF
# FARRUKH NURIDINOV, P.C.
ATTORNEYS & COUNSELORS AT LAW

464 OCEAN PARKWAY,
BROOKLYN, NY 11218

TELEPHONE (929) 365-2306
EMAIL nuridinov.law@gmail.com

VIA ECF & EMAIL
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

13 July 2021

Re: U.S. v. Dildora Marupova
20 CR 681 (JPC)

Dear Judge Cronan

I represent, Dildora Marupova, in the above-referenced matter. Ms. Marupova was released on a $70,000 Personal Recognizance Bond co-signed by 2 financially responsible persons with travel restricted to the Southern and Eastern Districts of New York. The purpose of this letter is to respectfully request a temporary modification of Ms. Marupova's bond conditions to include travel to the District of New Jersey in order to enable her to attend a relative's birthday on July18, 2021. If allowed, Ms. Marupova will return to her residence within the limits of Southern and Eastern Districts of New York the same day. Pretrial services and government were informed about the request and have no objection to the requested modification.

Respectfully,

/s/
Farrukh Nuridinov, Esq.
Law Offices of Farrukh Nuridinov P.C.
464 Ocean parkway, 1st Floor
Brooklyn, 11218
nuridinov.law@gmail.com

Defendant Dildora Marupova's request is granted. Ms. Marupova may travel to New Jersey on July 18, 2021 to attend her relative's birthday.

Date: July 13, 2021
New York, New York

JOHN P. CRONAN
United States District Judge