UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Dildora Marupova

                        Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20   -CR- 681( )( )

Defendant __Dildora Marupova__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

__/s/__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__D. MARUPOVA__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__ENURI DINOL__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__10/13/2021__
Date

__[signature]__
U.S. District Judge/U.S. Magistrate Judge