# LAW OFFICES OF
# FARRUKH NURIDINOV, P.C.

ATTORNEYS & COUNSELORS AT LAW

2808 FORD STREET,
BROOKLYN, NY 11235

TELEPHONE (929) 365-2306
EMAIL nuridinov.law@gmail.com

VIA ECF & EMAIL
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

17 February 2022

Re: U.S. v. Dildora Marupova
20 CR 681 (JPC)

Dear Judge Cronan

I represent, Dildora Marupova, in the above-referenced matter. I and my client are scheduled to appear before Your Honor tomorrow, February 18, 2022, at 10.30 am for the status conference. However, I was informed that two days ago I was in contact with individual who tested positive for Covid 19. In view of this, despite the fact that I am fully vaccinated, my doctor strongly advised me to self-quarantine for at least five days and avoid contact with the public. Therefore, I am respectfully submitting that this Court allows me to participate in tomorrow's conference telephonically. This request will assure public health safety in view of the continuing pandemic.

Respectfully,

/s/
Farrukh Nuridinov, Esq.
Law Offices of Farrukh
Nuridinov P.C.
2808 Ford street,
Brooklyn, NY 11235
nuridinov.law@gmail.com

The Court grants Mr. Nuridinov's request to participate remotely in the conference scheduled for February 18, 2022, at 10:30 a.m. Mr. Nuridinov must email chambers by 9:00 a.m. on February 18 the telephone number that the Court should call to conference him in. Ms. Marupova must still appear at the conference in person. If Ms. Marupova wishes to speak with Mr. Nuridinov at any point during the conference, she should so advise the Court and the Court will arrange for Ms. Marupova and Mr. Nuridinov to have a private telephone call.

The Clerk of the Court is respectfully directed to close the motions pending at Docket Numbers 220 and 221.

SO ORDERED.
Date: February 17, 2022
New York, New York

JOHN P. CRONAN
United States District Judge