# LAW OFFICES OF
# FARRUKH NURIDINOV, P.C.

ATTORNEYS & COUNSELORS AT LAW

2808 FORD STREET,
BROOKLYN, NY 11235

TELEPHONE (929) 365-2306
EMAIL nuridinov.law@gmail.com

VIA ECF & EMAIL
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

24 May 2021

Re: U.S. v. Dildora Marupova
20 CR 681 (JPC)

Dear Judge Cronan

I represent, Dildora Marupova, in the above-referenced matter. The purpose of this letter is to respectfully request a temporary modification of Ms. Marupova's bond conditions to include travel to the District of New Jersey in order to enable her to attend a family social event which is to take place on May 28, 2022. Ms. Marupova plans to return to her residence within the limits of Southern and Eastern Districts of New York the same day. Pretrial services were informed about the request and have no objection to the requested modification.

Respectfully,

/s/
Farrukh Nuridinov, Esq.
Law Offices of Farrukh
Nuridinov P.C.
464 Ocean parkway, 1st Floor
Brooklyn, 11218
nuridinov.law@gmail.com

The Court grants this request. Ms. Marupova may travel to the District of New Jersey on May 28, 2022. Ms. Marupova must provide travel itinerary to Pretrial Services before leaving.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 236.

SO ORDERED.
Date: May 27, 2022
New York, New York

JOHN P. CRONAN
United States District Judge