# LAW OFFICES OF
# FARRUKH NURIDINOV, P.C.

ATTORNEYS & COUNSELORS AT LAW

2808 FORD STREET,
BROOKLYN, NY 11235

TELEPHONE (929) 365-2306
EMAIL nuridinov.law@gmail.com

VIA ECF & EMAIL
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

November 8, 2022

Re: U.S. v. Dildora Marupova
20 CR 681 (JPC)

Dear Judge Cronan,

     I represent, Dildora Marupova, in the above-referenced matter. The defendant's sentencing hearing is scheduled to take place on November 28, 2022, at 10:00 am.  The probation office filed its presentence report on November 7, 2022. The defendant's response is due within 14 days of the filing day of the report. I am writing to request an adjournment of the sentencing hearing currently scheduled for November 28, 2022. The reason for this request is contained in the fact that the defense needs additional time to prepare its response by conducting additional fact gathering. Due to my illness, I was not able to interact with my client to the extent necessary. As I resumed my work, I need to grapple with a significant backlog of cases that also require urgent attention. This workload adversely affects my preparations for the sentencing hearing. In addition to this, there is a possibility that I would need to leave the country in the end of November to attend urgent family matter. In view of the foregoing, I respectfully submit that the Court considers adjourning sentencing hearing currently scheduled for 11/28/2022.

     In case if the Court grants this request, I respectfully submit that the Court considers the following timeframes for the rescheduled hearing. I would not be available for the hearing during December 2022 due to the potential necessity to visit overseas to attend urgent family matter. In January 2023, I will not be available on January 12, 30 and 31. For the month of February 2023, I will not be available on February 2 and 27, 2023. Should the Court consider March 2023, I would not be available on March 8, 14, and 20th.

Adjourning sentencing in this matter will greatly assist the defense in its preparations for the hearing. This would also eliminate uncertainty as to the timing of the hearing due to possible necessity to leave the country to attend urgent family matter in the end of November.

I informed both the government and the probation department's representative of my intention to seek adjournment.

Respectfully,

_____/s/_____
Farrukh Nuridinov, Esq.
Law Offices of Farrukh Nuridinov P.C.
2808 Ford street,
Brooklyn, NY 11235
nuridinov.law@gmail.com

The request is granted.  The sentencing scheduled for November 28, 2022 is adjourned until January 23, 2023 at 2 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.  Defendant shall submit her sentencing submission by December 12, 2022.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 298.

SO ORDERED.
Date: November 9, 2022                                                JOHN P. CRONAN
New York, New York                                              United States District Judge